**Opinion issued July 27, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-23-00511-CR**

————————————

**IN RE JB BLACK, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, J.B. Black, has filed a petition for writ of mandamus compelling the trial court to rule on relator's "Memorandum and Motion to Dismiss for Lack of Subject Matter Jurisdiction."[1] We deny the petition.

---

[1]  The underlying case is *State of Texas v. J.B. Black*, cause number 1723527, pending in the 177th District Court of Harris County, Texas, the Honorable Robert Johnson presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).